JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Catherine Papafortis ;
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
Emulus Films, LLC ;
**County of Residence:** Brevard County

Additional Defendants(s):
Jonathan T Parker ;

**County Where Claim For Relief Arose:** Brevard County

**Plaintiff's Attorney(s):**
Equity Partner Peter Michael Hoogerwoerd (Catherine Papafortis)
Remer & Georges-Pierre, PLLC
44 West Flager Street, Suite 2200
Miami, Florida 33130
**Phone:** 3054165000
**Fax:** 3054165005
**Email:** pmh@rgpattorneys.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act
**Cause of Action:** Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA")
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):** 100000
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** /s/ Peter M. Hoogerwoerd