# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CATHERINE PAPAFORTIS,**

    **Plaintiff,**

**v.**                     Case No: 6:17-cv-630-Orl-31KRS

**EMULUS FILMS, LLC and JONATHAN T. PARKER,**

    **Defendants.**

## ORDER

Upon consideration of the Report and Recommendation of Magistrate Judge Spaulding (Doc. 36) and the parties' response (Doc. 37), it is

**ORDERED** that the Report and Recommendation is CONFIRMED and ADOPTED as part of this Order. The Renewed Joint Motion to Approve Settlement (Doc. 35) is GRANTED, with the proviso that the written modification provision in Paragraph 12 of the Settlement Agreement (Doc. 35) is STRICKEN. This case is DISMISSED with prejudice. The Court declines to retain jurisdiction to enforce the Agreement.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 10, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party